No. 82–380. STRAUSS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–388. IPPOLITO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 82–391. WAXMAN v. CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–405. HAMILTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–406. AUERBACH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 82–410. CAWTHON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–420. PATTERSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–430. LATTIMORE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 82–5029. OCHOA-SANCHEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–5033. PHILSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–5045. JONES v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 82–5059. J. P. v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 82–5073. COWLING v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 82–5085. REGNER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.